### IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL
### CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA
### CIVIL ACTION

CLARK PEAR LLC

          Plaintiff,

vs.

MVP REALTY ASSOCIATES, LLC

          Defendant(s).
_____/

CASE NO: 2023-CA-000111

JUDGE: Lauren Brodie

### AFFIDAVIT AND MOTION TO TRANFER VENUE

CLARK PEAR LLC being duly sworn, depose and state:

1. The Plaintiff moves to have this action transferred to Palm Beach County, Florida pursuant to Florida Code 47.091 Change of venue; power to grant.

2. Plaintiff filed this action in Collier County, Florida and Assignment of Claims agreement with Defendants states venue will be exclusively in Palm Beach County, FL.

3. Although Defendants attorney stated to Plaintiffs attorney that Collier County Venue was ok Defendant refused to do so in writing. Also, Plaintiff has the right per terms of Assignment of Claims agreement to have the hearing in Palm Beach County. Therefore we are requesting move to transfer action as the agreed to venue.

Plaintiff, Clark Pear LLC, hereby demands transfer of venue.

Respectfully Submitted,

LAW OFFICE OF THOMAS G. NEUSOM, P.A. ATTORNEY AT LAW

4737 N. OCEAN DRIVE, #129  FORT LAUDERDALE, FL 33308

TELEPHONE: (954)200-3536

FACSIMILE: (954)416-6873

Email:  tgnoffice35@gmail.com

*Counsel for Plaintiff*

*By:  /s/ Thomas Neusom*

*Thomas Neusom*

*Florida Bar:  0037148*

CERTIFICATION OF SERVICE

I hereby certify the above has been furnished via the Florida E-Filing Portal Florida Court to Nabil Joseph (nabil@njlawflorida.com) on June 9, 2023

LAW OFFICE OF THOMAS G. NEUSOM, P.A. ATTORNEY AT LAW
4737 N. OCEAN DRIVE, #129
FORT LAUDERDALE, FL 33308
TELEPHONE: (954)200-3536
Email: tgnoffice34@gmail.com
Counsel for Plaintiff

By:  /s/ Thomas Neusom
Thomas Neusom

Florida Bar:  0037148