Case #: 11-2023-CA-000111-0001-XXOffense Date:

Party Name/Company: Clark Pear Llc,File Date: 01/23/2023

Party Type: PlaintiffStatus: Disposed

Name Suffix:Case Type: Contract and Indebtedness

DOB:Court Type: CA

Citation #:

PartiesDocketsChargesSentencesFeesCourt Events

Judge: Brodie, Lauren L

| Party Name/Company | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # |
|---|---|---|---|---|---|---|---|
| Mvp Realty Associates LlcParty Attorneys | Defendant | | | | | | |
| Carlson, DerekParty Attorneys | Defendant | | | 01/01/1978 | | | |
| Pear, Clark JohnParty Attorneys | Plaintiff | M | W | 01/01/1980 | | | |
| Clark Pear LlcParty Attorneys | Plaintiff | | | | | | |

Showing 1 to 4 of 4 entries

| | | | |
|---|---|---|---|
| 1 | 01/23/2023 | 0 | Contract and Indebtedness |
| 2 | 01/23/2023 | 0 | Civil Cover Sheet with Demand for Jury Trial |
| 3 | 01/23/2023 | 0 | Complaint with Demand for Jury Trial |
| 4 | 01/23/2023 | 0 | Standing Order - Circuit |
| 5 | 01/23/2023 | 0 | Paid $400.00 on receipt 1335498, Fully Paid |
| 6 | 01/31/2023 | 0 | Summons issued |
| 8 | 01/31/2023 | 0 | Summons issued |
| 7 | 02/01/2023 | 0 | Paid $10.00 on receipt 1337913, Fully Paid |
| 9 | 02/01/2023 | 0 | Paid $10.00 on receipt 1337916, Fully Paid |
| 10 | 02/10/2023 | 0 | Notice of Appearance and Designation of Email Address by Nabil Joseph, Danielle Crowley for Mvp Realty Associates Llc |

| | | | |
|---|---|---|---|
| 11 | 02/10/2023 | 0 | Notice of Appearance and Designation of Email Address by Nabil Joseph, Danielle Crowley for Derek Carlson |
| 12 | 02/15/2023 | 0 | Motion to Strike - |
| 13 | 02/16/2023 | 0 | Return of Service of Summons on Mvp Realty Associates Llc,, served 02/09/2023 |
| 14 | 02/16/2023 | 0 | Return of Service of Summons on Carlson, Derek, served 02/10/2023 |
| 15 | 02/16/2023 | 0 | Motion to Strike - |
| 16 | 02/20/2023 | 0 | Joinder In Motions To Strike, Quash Service |
| 17 | 02/21/2023 | 0 | Notice of Hearing for Motion To Strike At 10:30 Am |
| 18 | 02/21/2023 | 0 | Set on Hearing docket 3/13/2023 beginning at 10:30 AM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| 19 | 02/27/2023 | 0 | Order of Referral to Magistrate |
| 20 | 02/27/2023 | 0 | Response to Motion |
| 21 | 02/28/2023 | 0 | Objection to Magistrate |
| 22 | 03/02/2023 | 0 | Response to Motion |
| 23 | 03/02/2023 | 0 | Exhibits |
| 24 | 03/13/2023 | 0 | Proceeding: Hearing |
| 25 | 03/13/2023 | 0 | Presiding Judge: Brodie, Lauren L |

Showing 1 to 25 of 83 entries

1234

| | | | |
|---|---|---|---|
| 26 | 03/13/2023 | 0 | Attorney Present Neusom, Thomas Grant (Plaintiff) |
| 27 | 03/13/2023 | 0 | Attorney Present Crowley, Danielle (Defendant) |
| 28 | 03/13/2023 | 0 | Motion to Strike/Quash/Dismiss - Granted |
| 29 | 03/13/2023 | 0 | Motion to Amend - Granted |
| 30 | 03/13/2023 | 0 | Amended Complaint to be submitted within 20 days |
| 31 | 03/21/2023 | 0 | Order to Dismiss with Leave to Amend |

| | | | |
|---|---|---|---|
| 32 | 04/02/2023 | 0 | Complaint, Initial, Amended Claim |
| 33 | 04/18/2023 | 0 | Motion to Dismiss Count(s) - |
| 34 | 04/18/2023 | 0 | Motion to Dismiss Count(s) - |
| 35 | 04/18/2023 | 0 | Motion to Dismiss by Mvp Realty Associates Llc |
| 36 | 04/28/2023 | 0 | Notice of Hearing for Amended Motion To Dismiss @ 2:30Pm |

37   05/01/2023   0   Set on Hearing docket 5/17/2023 beginning at 1:30 PM Brodie, Lauren L (see notice of hearing for actual hearing time)

| | | | |
|---|---|---|---|
| 38 | 05/03/2023 | 0 | Notice of Hearing - Amended for Motion To Dismiss @2:30Pm |
| 39 | 05/07/2023 | 0 | Response to Motion |
| 40 | 05/07/2023 | 0 | Response to Motion |
| 41 | 05/07/2023 | 0 | Response to Motion |
| 42 | 05/08/2023 | 0 | Notice of Taking Deposition |
| 43 | 05/08/2023 | 0 | Order of Referral to Magistrate |

44   05/09/2023   0   Cancelled Hearing on 5/17/2023 1:30:00 PM due to Per JACS, Rescheduled with Magistrate Barger

45   05/09/2023   0   Per Judge's Calendar Motion To Dismiss Amended Complaint / Motion To Dismiss Derek Carlson In His Individual Capacity (To Be Heard At 2:30Pm)

46   05/09/2023   0   Set on Hearing docket 5/17/2023 beginning at 1:30 PM Barger, Pamela (see notice of hearing for actual hearing time)

| | | | |
|---|---|---|---|
| 47 | 05/09/2023 | 0 | Order Setting Hearing With Magistrate At 2:30 Pm |
| 48 | 05/10/2023 | 0 | Motion for Sanctions - |
| 49 | 05/15/2023 | 0 | Objection to Magistrate |

50   05/17/2023   0   Cancelled Hearing on 5/17/2023 1:30:00 PM due to Per JACS, Obj. to Mag. Filed 5/15/23 - sll

Showing 26 to 50 of 83 entries

1234

51   05/17/2023   0   Per Judge's Calendar Motion To Dismiss Amended Complaint / Motion To Dismiss Carlson In His Individual Capacity (To Be Heard At 1:50Pm)

| | | | |
|---|---|---|---|
| 52 | 05/17/2023 | 0 | Set on Hearing docket 5/17/2023 beginning at 1:30 PM Brodie, Lauren L (see notice of hearing for actual hearing time) |
| 53 | 05/17/2023 | 0 | Proceeding: Hearing |
| 54 | 05/17/2023 | 0 | Presiding Judge: Brodie, Lauren L |
| 55 | 05/17/2023 | 0 | Present: Clark John Pear (Plaintiff) |
| 56 | 05/17/2023 | 0 | Present: Derek Carlson (Defendant) |
| 57 | 05/17/2023 | 0 | Attorney Present Neusom, Thomas Grant (Plaintiff) |
| 58 | 05/17/2023 | 0 | Attorney Present Crowley, Danielle (Defendant) |
| 59 | 05/17/2023 | 0 | Attorney Present Joseph, Nabil (Defendant) |
| 60 | 05/17/2023 | 0 | Motion to Dismiss Amended Complaint - Granted |
| 61 | 05/17/2023 | 0 | Motion to Dismiss Carlson in his Individual Capacity - Granted |
| 62 | 05/17/2023 | 0 | Notice of Hearing for Motion To Dismiss @1:50Pm |
| 63 | 05/17/2023 | 0 | Magistrate Status Report |
| 64 | 05/19/2023 | 0 | Motion for Rehearing/Reconsideration - |
| 65 | 05/23/2023 | 0 | Motion for Protective Order - |
| 66 | 05/23/2023 | 0 | Notice of Status of Case |
| 67 | 05/23/2023 | 0 | Order to Dismiss with Leave to Amend |
| 68 | 05/23/2023 | 0 | Order Denying Rehearing/Reconsideration |
| 69 | 05/26/2023 | 0 | Complaint, Initial, Amended Claim |
| 70 | 06/07/2023 | 0 | Motion to Dismiss by Mvp Realty Associates Llc |
| 71 | 06/07/2023 | 0 | Motion to Dismiss by Derek Carlson |
| 72 | 06/09/2023 | 0 | Objection to Magistrate |
| 74 | 06/10/2023 | 0 | Motion to Transfer - by Clark John Pear |
| 73 | 06/11/2023 | 0 | Response to Motion to Dismiss |
| 75 | 06/14/2023 | 0 | Response to Motion |

Showing 51 to 75 of 83 entries

1234

| | | | |
|---|---|---|---|
| 76 | 06/14/2023 | 0 | Motion for Change of Venue - |
| 77 | 06/16/2023 | 0 | Response to Motion |
| 78 | 06/16/2023 | 0 | Response to Motion |
| 79 | 06/28/2023 | 0 | Notice of Removal of Case to the District Court |
| 80 | 06/29/2023 | 0 | Order Setting Hearing At 9:30 Am |

81   06/30/2023   0   Set on Hearing docket 7/27/2023 beginning at 9:30 AM Brodie, Lauren L (see notice of hearing for actual hearing time)

| | | | |
|---|---|---|---|
| 82 | 07/01/2023 | 0 | Notice of Removal of Case to the District Court |
| 83 | 07/06/2023 | 0 | Notice of Removal of Case to the District Court |

Showing 76 to 83 of 83 entries

1234