IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY FLORIDA

CIVIL ACTION

IN RE THE MATTER OF:

CLARK JOHN PEAR, CLARK PEAR LLC,
    Plaintiff(s),

vs.                                                                 Case No: 11-2023-CA-000111-0001-XX

MVP REALTY ASSOCIATES LLC, DEREK
CARLSON,
    Defendant(s).
_____/

### ORDER OF REFERRAL TO THE MAGISTRATE

THIS CAUSE came on before the court upon the court's own motion and the Court, being duly advised in the premises, it is

ORDERED that this is referred to General **Magistrate Pamela Barger** for further proceedings, pursuant to Rule 1.490(a), Rule 1.490(c), Florida Rules of Civil Procedure, and current Administrative Orders of the Court. This referral is subject to the consent of all parties, pursuant to Rule 1.490(c) of the Florida Rules of Civil Procedure. The Magistrate shall hold such hearings as deemed necessary and shall file, as soon as practicable, a Recommended Order of the General Magistrate.

**IF REQUIRED BY THE MAGISTRATE, THE ATTORNEYS SHALL PREPARE A RECOMMENDED ORDER OF THE MAGISTRATE. FAILURE TO SUBMIT SAID RECOMMENDED ORDER OF THE MAGISTRATE ON A TIMELY BASIS MAY RESULT IN SANCTIONS BEING IMPOSED BY THE CIRCUIT COURT JUDGE.**

**THIS CASE IS REFERRED TO THE MAGISTRATE** on the following issues:

| | | | |
|---|---|---|---|
| ☒ | All Discovery Motions | ☐ | Motion for Contempt |
| ☐ | Motion for Protective Order | ☐ | Motion for Sanctions |
| ☐ | Motion for Extension of Time | ☐ | Motion to Add/Substitute Parties |
| ☐ | Motion to Withdraw | ☐ | Motion to Intervene |
| ☐ | Motion Directed to Pleadings | ☐ | Order to Show Cause |
| ☐ | Motion to Amend | ☐ | Summary Judgment |
| ☐ | Pretrial Conference | ☐ | Motion for Attorney's Fees/Costs |
| ☐ | Status/Case Management Conference | ☐ | Trial/Final Judgment |
| ☐ | Motion to Compel: | ☐ | Motion to Dismiss |
| ☐ | Motion to Strike: | ☒ | Other: 1) Defendant's Motion to Strike Plaintiff's Complaint and Motion to Quash (Docket #12), 2) MVP'S Motion to Strike Plaintiff's Complaint, Quash Service, or in the alternative, for more Definite Statement; and to Compel Separate Statements of Claim (Docket #15) |

AND ANY OTHER MATTER RELATED THERETO.

**IT IS FURTHER ORDERED** that the above matter(s) and responses are referred to Magistrate Pamela Barger for further proceedings, pursuant to the applicable Florida Rules of Procedure and current administrative orders of the court. A time and place shall be assigned for the proceedings as soon as reasonably possible after this referral is made and notice shall be given to each of the parties either by the Magistrate or one or more of the parties.

**A REFERRAL TO A MAGISTRATE REQUIRES THE CONSENT OF ALL PARTIES. YOU ARE ENTITLED TO HAVE THIS MATTER HEARD BY A JUDGE. IF YOU DO NOT WANT TO HAVE THIS MATTER HEARD BY THE MAGISTRATE, YOU MUST FILE A WRITTEN OBJECTION TO THE REFERRAL WITH THE CLERK OF COURT PRIOR TO COMMENCEMENT OF THE HEARING. A COPY OF THE WRITTEN OBJECTION SHALL ALSO BE PROVIDED TO THE CIRCUIT JUDGE ASSIGNED TO THE CASE. FAILURE TO FILE A WRITTEN OBJECTION IS DEEMED TO BE CONSENT TO THE REFERRAL. IF AN OBJECTION IS FILED, THE PARTY OR THE PARTY'S COUNSEL IS ADVISED THAT TO AVOID THE POSSIBLE IMPOSITION OF SANCTIONS, TO FILE SAID OBJECTION BOTH IN WRITING AND IN A TIMELY MANNER, WHICH WILL PROMOTE PROFESSIONAL COURTESY AND AVOID UNNECESSARY INCONVENIENCE TO THE COURT AND THE OPPOSING PARTY.**

The General Magistrate is authorized to administer oaths and conduct hearings, as may be deemed necessary, which may include the taking of evidence. As soon as practicable, the General Magistrate shall file a Report and Recommendation, that contains findings of fact, conclusions of law, and the recommendation as to a ruling by the Court, and shall submit, as may be appropriate, a Recommended Order of General Magistrate.

Review of the Report and Recommendation made by the General Magistrate shall be by exceptions filed within 10 days after it is served, as provided in Rule 1.490(h), Florida Rules of Civil Procedure. Any party may file cross-exceptions within 5 days from the service of the exceptions. If no exceptions are timely filed, the Court shall take appropriate action on the report. If exceptions are timely filed, the Court shall resolve the exceptions at a hearing on reasonable notice.

Any party filing exceptions will be required to provide the Court with a record sufficient to support the exceptions, or the exceptions may be denied. A record sufficient to support exceptions may require a written transcript of the relevant proceedings. The record shall include the court file, designated portions of the transcript of proceedings before the General Magistrate, and all depositions and evidence presented to the General Magistrate. The designated transcript portions must be delivered to the Court and all other parties at least 48 hours before the hearing. If the party filing exceptions prepares less than a full transcript of the proceeding before the General Magistrate, that party must promptly file a notice designating the portions of the transcript that will be transcribed, and the other parties must be given reasonable time after service of the notice to arrange for the preparation and designation of other portions of the transcript for the Court to consider at the hearing.

Though civil proceedings before a Judge are not electronically recorded by the Court, parties are advised that civil proceedings before a Magistrate will be electronically recorded by the Court. However any party may elect to provide a live Court Reporter at that party's own expense. If a live Court Reporter is provided by either party, requests for transcripts must be submitted to that Court Reporter. If no live Court Reporter is provided by a party, a party may request an electronic certified copy of the proceeding on CD, at that party's expense, and may then have the recording transcribed, at that party's expense. Providing the Court with a copy of the CD, instead of a certified written transcript, is insufficient for review of exceptions by the Court. Media request forms, procedures, and fees, and a list of approved Transcriptionists are available on the Court's website, www.ca.cjis20.org , or by calling the Court's Electronic Court Reporting Department at 239-252-8800.

**DONE AND ORDERED** in Naples, Collier County, Florida on this 27th day of February, 2023.

*Lauren L. Brodie*
eSigned by Brodie, Lauren L in 11-2023-CA-000111-0001-XX 02/27/2023 10:07:04 e4iHkyJW

Lauren L. Brodie, Circuit Court Judge

Electronic Service via E-Filing Portal:
Danielle Crowley <danielle@njlawflorida.com>, <nabil@njlawflorida.com>, <marthina@njlawflorida.com>
Nabil Joseph <nabil@njlawflorida.com>, <danielle@njlawflorida.com>, <service@njlawflorida.com>
Danielle Crowley <danielle@njlawflorida.com>, <service-dc@njlawflorida.com>
Ody's Professional Process <ody@odyprocess.com>
Thomas Grant Neusom <tgnoffice34@gmail.com>, <uniqemail@gmail.com>
Thomas Grant Neusom <tgnoffice33@gmail.com>