UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CLARK PEAR, LLC**,

    Plaintiff,

v.                                                                                                  2:23-cv-503-JLB-NPM

**MVP REALTY ASSOCIATES LLC**,

    Defendant.

## SHOW CAUSE ORDER

On November 6, 2023, this action was remanded to state court and the file was closed. Moreover, Clark Pear, LLC's counsel—Thomas Grant Neusom—was referred in this matter to the court's grievance committee for an investigation of unprofessional conduct with respect to his improvident removal of the action and the "colorable showing (Doc. 22 at 15) that plaintiff's filings cited fabricated authorities." (Doc. 26).

Inexplicably, attorney Neusom continues to file inappropriate papers in this matter, including an amended complaint and a summons. And though they are nullities, these filings give rise to a needless expenditure of time and resources by the court, the clerk, and others. By **February 12, 2024**, Neusom must show cause why he should not be sanctioned for these apparently vexatious filings.

**ORDERED** on January 29, 2024

NICHOLAS P. MIZELL
United States Magistrate Judge