**IN THE FEDERAL COURT FOR THE MIDDLE DISTRICT OF FLORIDA UNITED STATES COURT**

| | |
|---|---|
| CLARK PEAR LLC | CASE NO. 2:23-CV-00503 |
| PLAINTIFF/COUNTERDEFENDANT, | |
| VS. | **ATTORNEY THOMAS NEUSOM'S RESPONSE TO THE SHOW CAUSE ISSUED JANUARY 29, 2023** |
| MVP REALTY AND ASSOCIATES, LLC, | HEARING |
| DEFENDANT/COUNTERPLAINTIFF. | Date:<br>Time:<br>Place: |

1. Comes now, Plaintiff Clark Pear, through his Attorney Thomas Neusom, with a response to the show cause issued Janary 29, 2023.

2. An Amended Summary Judgment, Summons, and a Motion For Relief from Judgment were filed as a final attempt to try to obtain some type of recovery for Plaintiff Pear.

3. According to Pear, there were some additional things MVP had to do to bring a proper claim for lost commissions. There was clearly a Breach Of Contract. There was also a RICO, and a Procedural Due Process claim.

4. The Motion For Relief from Judgment would have allowed things to proceed, but it is now abundantly clear that the pending motions and requests in Clark v. Pear were denied, and the case is closed.

5. Neusom does not intend to file anything further in this case and sanctions should not be imposed.  The filings were primarily to benefit the Client Pear. Counselor Neusom now understands the case is closed for all purposes, and there are no plans that Counsel has to file anything further in this case, it's over.

Submitted,

    DATED, February 10, 2024.

By: __/s/_Thomas Neusom_____

Attorney For Clark Pear

LLC

4737 N. Ocean Drive, #129
Fort Lauderdale, FL 33308
Tel No. (954) 200-3536

Bar No. 0037148

Email: tgnoffice34@gmail.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing: **ATTORNEY THOMAS NEUSOM'S RESPONSE TO THE SHOW CAUSE ISSUED JANUARY 29, 2023** was furnished by email to the parties on the efiling portal and the parties listed on February 10, 2024.

By: __/s/ Thomas Neusom_____

Thomas Neusom

Attorney for Plaintiff/Counterdefendant

4737 N. Ocean Drive, #129

Fort Lauderdale, FL 33308

Tel No. (954) 200-3536

 Fla. Bar No.: 37148

1
2  NJ LAW PLLC
3  Counsel for MVP Realty Associates LLC and Derek Carlson
4  3411 Tamiami Trail N, Ste 100
5  Naples, FL 34033
6  Tel (239)920-5228/Fax (239)920-5289
7
8  NABIL JOSEPH
9  Florida Bar Number:1012159
10 Email:Nabil2njlawflorida.com
11 Service: service@njlawflorida.com
12 DANIELLE CROWLEY
13 Florida Bar Number:1037776
14 Email:Danielle@njlawflorida.com
15 Service:service-dc@njlawflorida.com
16
17
18
19
20
21
22
23
24
25
26
27
28

4

# EXHIBIT A

# LOST COMMISSIONS AND CONSEQUENTIAL DAMAGES